United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND J. RAYMOND,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 09-4515 PJH

**ORDER OF DISMISSAL**

    Pro se plaintiff Raymond J. Raymond filed this action on September 24, 2009, against defendants City and County of San Francisco; Department 14 of the Superior Court of California, County of San Francisco; and Donald T. Bergerson. Also on September 24, 2009, plaintiff filed a request to proceed in forma pauperis ("IFP").

    On October 19, 2009, court dismissed the complaint pursuant to 28 U.S.C. § 1915(e), for failure to state a claim and/or lack of subject matter jurisdiction. In the order, the court advised plaintiff that the complaint was incomprehensible because it alleged no facts, and asserted not a single cause of action. Moreover, the court advised, it was unable to discern any basis for federal jurisdiction, as the complaint did not allege violation of any federal statute, and did not plead facts establishing diversity jurisdiction.

    The dismissal was with leave to amend. Plaintiff filed a first amended complaint ("FAC") on November 23, 2009. The court has reviewed the FAC, and finds it as incomprehensible as the original complaint, and defective for the same reasons.

Accordingly, the FAC is dismissed. The court will give plaintiff one more opportunity to amend the complaint. Should plaintiff wish to file a second amended complaint, he must do so no later than April 15, 2010.

The court suggests that plaintiff contact the Legal Help Center for assistance. The Legal Help Center is located in Room 2796 Federal Building (15th Floor), 450 Golden Gate, Room 2796, San Francisco, California. The Legal Help Center is a free service offered by the Volunteer Legal Services Program of the Bar Association of San Francisco to provide information and limited-scope legal assistance to pro se litigants who have civil matters before the San Francisco or Oakland divisions of the U.S. District Court for the Northern District of California.

The Legal Help Center is staffed by an attorney employed by the Volunteer Legal Services Program ("VLSP") of the San Francisco Bar Association and all services are provided in San Francisco. The Legal Help Center is a project of the Bar Association of San Francisco and functions independently from the U.S. District Court; the staff attorney is not a court employee.

The Legal Help Center's attorney provides litigants with information about their legal rights and responsibilities, information about the court procedures applicable to their cases, limited-scope legal advice, help preparing simple pleadings, and referrals to legal, social, and government services. If plaintiff seeks help from the Legal Help Center, he will still represent himself. The attorney at the Legal Help Center can provide information, advice, and basic legal help but cannot represent any litigant as his/her lawyer.

Finally, the court makes two additional points. First, plaintiff indicates in the FAC that the court has granted his request to proceed IFP. That is not the case. The court has not yet considered the merits of the IFP request, because plaintiff has yet to file a complaint that can withstand dismissal under § 1915(e).

Second, plaintiff states in the FAC that he intends to "incorporate by reference" some allegations from the original complaint into the FAC. That is improper. A complaint must stand on its own, and cannot incorporate allegations from prior versions of the

complaint. Accordingly, should plaintiff file a second amended complaint, it must be complete in and of itself.

If plaintiff fails to file a second amended complaint by April 15, 2010, the action will be dismissed.

**IT IS SO ORDERED.**

Dated: March 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge